# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                           Crim. No. 5:11-CR-78-1D

EDGAR THEODORE SMITH JR.

On February 22, 2012, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                   I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller                 /s/Maurice J. Foy  
Jeffrey L. Keller                      Maurice J. Foy  
Supervising U.S. Probation Officer      Sr. U.S. Probation Officer  
                                                310 New Bern Avenue, Room 610  
                                                Raleigh, NC 27601-1441  
                                                Phone: 919-861-8678  
                                                Executed On: November 10, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___21___ day of ___November___, 2016.

                                                          James C. Dever III  
                                                          Chief U.S. District Judge